IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FITZGERALD DABEL,
    Plaintiff,

vs.                                  Case No.:  3:22cv18210-LAC-HTC

SGT. SPADLEY, et al.,
    Defendants.
_____/

## **O R D E R**

        This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 16, 2022 (Doc. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

        The Report and Recommendation of dismissal was based on Plaintiff's failure to respond to Court orders requiring him to file a motion to proceed *in forma pauperis* (or otherwise pay the required filing fee) and to file an amended complaint on the proper court form.  Plaintiff filed no objections to the Report but did file a motion to proceed *in forma pauperis* during the objections period.  As alluded to in the Magistrate Judge's Report, this motion represents Plaintiff's first filing with the Court

since he initiated this action nearly four months ago.  While Plaintiff indicates he has had problems obtaining documentation from prison officials as needed to file his *in forma pauperis* motion, this would not have prevented him from filing an amended complaint on the form that the Court provided him, or at least from filing a motion for extension of time in which to meet his deadlines.

Therefore, after considering the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted and this case dismissed without prejudice.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** because of Plaintiff's failure to prosecute and failure to comply with Court orders.

3. The clerk is directed to close the file.

**ORDERED** on this 15th day of December, 2022.

                                                    s/ *L.A. Collier*  
                                                  Lacey A. Collier  
                                              Senior United States District Judge